TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00716-CV

In re New Hampshire Insurance Company; American International Group, Inc.; 

AIG Warranty Services of Florida, Inc.; Illinois National Insurance Co.; National Union
Fire Insurance Company of Louisiana; National Union Fire Insurance Company of
Pittsburgh; American International Specialty Lines Insurance Company, Inc.; 

and American Home Assurance Co., Relators

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 The petition for writ of mandamus is denied without prejudice to refiling. All
pending motions are dismissed.

Before Chief Justice Aboussie, Justices Kidd and Yeakel

Filed: November 20, 2000

Do Not Publish